SENSITIVE

CCSAO_001-000118

**CHICAGO POLICE DEPARTMENT**
PD-34.523 (REV. 10/09)

PROPERTY INVENTORY NO.

INV NO **15218082**

PKG NO. **6101323**

RD **JF461385**

INVENTORY NO. **001**

INVENTORY NO. **15218082**

WARRANT NO.

RE-INVENTORY OF:

DATE RECOVERED **14-DEC-2022**

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---------|----------|-------------------------|
| 2121554 | 1 | OTHER : 22SW10193 SEARCH WARRANT PACKET |

MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY          STATE          ZIP

DATE RECEIVED

IMENTS:

$ DEPOSITED AMT          $ INVENTORY AMT

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

OFFICER'S SIGNATURE -    STAR - UNIT
X

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

Court Date

Court Branch

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

IUCR: **031A**    **ROBBERY ARMED - HANDGUN**

CHARGE TYPE:

STATE CHARGES:

INCHOATE:

RECOVERED/SEIZED FROM - NAME
☐ DECEASED    ☐ ARRESTED

AT **1718 S STATE ST**
**CHICAGO, IL 60616**

BEAT OF RECOVERY
**131**

OWNER'S NAME    **SIEGEL, ADAM    Star: 20832**

ADDRESS

TELEPHONE NO.

JUDGE          CT.BR.

FOUND BY - NAME
☐ CHECK IF C.P.D.

ADDRESS

TELEPHONE NO.

OFFICER'S SIGNATURE -    STAR    UNIT
X

SEE COPY 4 FOR NOTICE TO FINDER

| | | STAR NO. | UNIT | | STAR NO. |
|--|--|----------|------|--|----------|
| ☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE (IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK) | INVESTIGATING OFFICER - **SIEGEL, ADAM** | **20832** | **606** | 1st OFFICER'S NAME **SIEGEL, ADAM** | **20832** |

E. & R.P.S USE ONLY

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER

SIGNATURE
**Electronic Approval**

UNIT
**606**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME

STAR NO.

TIAL DESTINATION OF PROPERTY:
**ERPS**

SIGNATURE
**Electronic Approval**

UNIT

| | | APPROVING DESK SERGEANT | STAR NO. | DATE | TIME |
|--|--|-------------------------|----------|------|------|
| A ☒ POLICE MAIL ☐ E & RPS PICKUP | ☐ RECOVERING UNIT PERSONNEL ☐ EVID./LAB TECHNICIAN | **AMELIO, PETER** | **1925** | **05-JAN-2023** | **11:23** |

ited by: PC0AQ02

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0W467    05-JAN-2023 11:23

IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS                    THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

The People of the State of Illinois to all peace officers of the State or agents thereof.

## SEARCH WARRANT

On this day, Detective Adam Siegel #20832 of the Chicago Police Department, Complainant, has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search:

**A light purple IPhone in a silver case belonging to Edmund Singleton IR# 1759854 and inventoried under 15198977**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

### Armed Robbery 720 ILCS 5/18-2

I further authorize that the authority to search the item described in this warrant be extended to agents qualified and authorized to perform such searches on behalf of the Chicago Police Department. I further authorize the assistance of any forensic analyst, as needed, including civilian support.

*22 SW 10193 ASA ZIPPORAH FREEMAN 7 NOV 2022 4:35*

*ASA Zipporah Freeman*

SENSITIVE
CCSAO_001-000119

I further authorize that this information can be uncovered by decrypting or unlocking password protected data files within the above listed device. This search warrant shall also include the authority to enter any locked folders located in the above listed device.

I further authorize that those executing the search warrant to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize that those executing the search warrant to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize you to enlist the assistance of any necessary forensic examiner, computer expert or law enforcement designee, and command that a return of anything so seized shall be made without necessary delay before me or before any court of competent jurisdiction.

I further command that a return of anything so seized shall be made without necessary delay before me or before Judge _____, or before any court of competent jurisdiction.

_____
Judge

Time and date of issuance     _12-6-22_     _12:25pm_

Returned Not Executed

    I did not execute this warrant within 96 hours from the time of issuance and is hereby returned to the court as void and not executed.

_____
Officer              Date

SENSITIVE
CCSAO_001-000120

Page 1

(Court Branch)                                        (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF        }  ss.        THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

Chicago Police Department Detective Adam Siegel #20832, Complainant, now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search the following:

**A light purple IPhone in a silver case belonging to Edmund Singleton IR#1759854 and inventoried under 15198977.**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

### Armed Robbery 720 ILCS 5/18-2

Complainant says that she has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located in the cell phone set forth above:

_____ 0.0832
                                    Complainant

Subscribed and sworn to before me on ___ 12-6-220 12:25pm

_____ Ac7
Judge                              Judge's No.

SENSITIVE
CCSAO_001-000121

Page 2

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219     (1)

STATE OF
ILLINOIS          } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

Detective Siegel #20832, a Police Officer, and affiant, with the Chicago Police Department for the past 9 years and assigned to the Bureau of Detectives for the past 4 years. During this time I have been assigned to and assisted on major cases, including aggravated vehicular hijackings, armed robberies, and aggravated battery with a firearm.

I have obtained the information contained in this affidavit from conversations with other law enforcement officers, witnesses involved in this investigation, from my personal knowledge, from my participation in this case, as well as from documents I have reviewed and my prior training and experience. The information contained in this affidavit is stated for the limited purpose of establishing probable cause and does not contain all facts and information regarding this investigation.

### *Investigation*

On November 3, 2022 I was assigned to investigate an aggravated vehicular hijacking and related attempted vehicular hijacking and armed robbery. The facts of the vehicular hijacking are that on November 3, 2022 at approximately 7:00PM, victim M███ I█████ was putting gas in his vehicle at a Citgo Gas station located at 10001 S Michigan Ave in Chicago, Illinois. As he was fueling his vehicle, a black Infiniti Q50 bearing Illinois license plate BF57200, he was accosted by an offender brandishing a firearm. The offender demanded L███ keys. L█████ informed him the keys were in the cupholder at which point L███ realized there was another offender already inside of his vehicle. Both offenders then fled the location in L████ vehicle. This incident is recorded under Chicago Police Report JF461210. Members of the Citywide Vehicular Hijacking Task Force were able to view the private video from the Citgo Station and observed that a gray Jeep Grand Cherokee with a dent in the passenger door pulled up alongside L███ and two offenders exited. One offender, armed with a black handgun entered L████ vehicle, as the second offender, wearing a black jacket, black facemask, black pants, and black and gray Nike Jordan 1's approached L███ while armed with a light colored handgun with black flashlight attachment. The second offender then knocks L███ over

_____  ∂0√0∂
                                        **Complainant**

Subscribed and sworn to before me on  12/6/22 @ 12:25ᵃ

_____
Judge                          Judge's No.

SENSITIVE
CCSAO_001-000122

Page 3

(Court Branch)                                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219   (1)

STATE OF
ILLINOIS            } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

and appears to be patting him down. Offender 1 opens the passenger door to the Infiniti and Offender 2 removes the gas pump and gets into the passenger seat. Both the gray Jeep and Infiniti then flee the scene.

The armed robbery case occurred later in the evening at approximately 9:30PM at a BP Gas Station located at 3101 S Michigan Ave. In this incident the victim, I█ O██████ is finishing pumping gas into his black BMW when a gray Jeep Grand Cherokee with a dent in the passenger door pulls up along side of him and two offenders exit. The first offender is a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes. He is also wearing a blue disposable facemask and armed with a black handgun. The second offender is wearing a black jacket, black facemask, black pants, and black and gray Nike Jordan 1's and armed with a light colored handgun. The offenders knock Mr. O████ to the ground and the heavier set offender enters the drivers seat of the BMW. The second offender then goes through Mr. O████ pockets and takes his wallet and passport. The second offender then comes around and gets into the passenger seat of the BMW. Both offenders then exit the BMW and get back into the gray Jeep and flee the scene. This incident is recorded under Chicago Police Report JF461385. Members of the VHTF were able to make it to the BP Gas station and reviewed the video and observed that it was the same Jeep as from the previous carjacking, and appeared to be one of the same offenders from the previous carjacking.

At approximately 10:27PM, Cook County Sheriff's Police Unit 758 observed the gray Jeep with the dent in the passenger door going westbound on 87th St from King Dr. A Federal Helicopter designated TROY1 relocated to the area and began to follow the gray Jeep, calling out its location via OEMC Citywide 6. TROY1 followed the Jeep until it went under a viaduct just south of 94th St on Woodlawn Ave. TROY1 then observed three subjects running northbound from underneath the viaduct and called out their location. Two subjects now known as Edmund Singleton IR# 1758754 and Ramone Bradley IR# 2323400 were placed in custody in the back yard of 9343 S University Ave. A third offender was observed hopping a fence going northbound from the back yard of 9341 S University Ave before finally being placed in custody in the rear of 9331 S

_____  Complainant

Subscribed and sworn to before me on _____

_____
Judge                          Judge's No.

SENSITIVE
CCSAO_001-000123

Page 4

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.     THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

University Ave. All offenders were placed in custody and transported to the Area 2 Detective Division. The gray Jeep was recovered and a VIN check revealed it to be stolen out of Bedford Park, Illinois.

Responding officers canvassed the area near where the offenders were placed in custody and a black Glock handgun was recovered from the garage of 9343 S University Ave where Bradley and Singleton were placed in custody. In the backyard of 9341 S University a tan and snakeskin colored semi automatic handgun with black light attachment was recovered from inside a garbage can.

I then relocated to Area 2 and observed that Bradley was a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes as well as a blue disposable facemask. His clothing and physical form matched what I observed on the video from the BP Gas station at 3101 S Michigan Ave. I also observed that Davis was wearing a black jacket, black pants, and black and gray Nike Jordan 1's which matched what the offender from both incidents was wearing. I also observed that the tan and snakeskin semi auto handgun recovered from the garbage can at 9341 S University Ave matches the description of the light colored handgun seen on video in both incidents. I also learned that two California drivers licenses belonging to Mr. O███████ were recovered from a backpack Davis was wearing at the time of arrest as well as an Infiniti key fob which was identified by Mr. L█████ as belonging to his vehicle.

I also learned from PO Campos #2876 that on October 26, 2022 he had authored a CPD Incident report under JF450545 documenting that he observed Edmund Singleton IR# 1759854 enter and drive off in the same gray Jeep that had the dent on the passenger side door. At the time of the report PO Campos believed the Jeep to be stolen out of Bedford Park and had different plates affixed to the vehicle.

At the time of arrest Singleton was in possession of a light purple IPhone with silver case which was recovered and held for investigation under 15198977. I am aware from previous investigations that offenders who separate into different vehicles, in this case the

_____
Complainant

Subscribed and sworn to before me on ___12-6-22___ 12:25pm

_____
Judge                    Judge's No.

SENSITIVE
CCSAO_001-000124

Page 5

(Court Branch)          (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS    }   ss.    THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

gray Jeep and Mr. L████████black Infiniti, they use cell phones to communicate with each other and advance their criminal activities.

Based on the above facts, Affiant has reason to believe that this cell phone holds evidence to in this incident and the cell phone may contain records of calls made and received, text messages sent and received, and memory of numbers dialed and other evidence that show a violation of 720 ILCS 5/18-2 and asks this Honorable Court to issue this search warrant.

Based on my knowledge, experience, and training, I know that searching and seizing information from cell phones often requires the cell phones to be searched later by a qualified computer expert in a laboratory or other controlled environment. This is true because of the following:

> Technical requirements: Searching digital evidence including cell phones for criminal evidence is a highly technical process requiring special skills and equipment and a properly controlled environment. The vast array of computer hardware and software available requires even computer forensic examiners to specialize in some systems and applications, so it is difficult to know before a search which forensic examiner is qualified to analyze the system and its data. Furthermore, however, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden," erased, compressed, password protected, or encrypted files. Since digital evidence can be vulnerable to modification or destruction, (both from external sources or from destructive code embedded in the system as a booby trap), a controlled environment helps ensure complete and accurate analysis.

### _Seizure and Preservation of Remote Data_

**_Remote access to cloud data_.** With the development of cloud storage, many files can easily be uploaded to a third party storage hosting cite. I know, in my training and experience,

_____
                                              Complainant

Subscribed and sworn to before me on _12 6-22 @ 12:25 pm_

_____
Judge                       Judge's No.

SENSITIVE
CCSAO_001-000125

Page 6

(Court Branch)            (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS } ss.    THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

that so-called "cloud service providers" are quite common. Examples of these services include Dropbox, Google Drive, Apple's iCloud, and Microsoft's OneDrive. These services also encompass common "web mail" such as Gmail and Yahoo! mail. Such providers store data on remote servers that customers can access from their home or any other location with Internet access. Users can access applications or their cloud accounts, for example ICLOUD, remotely to add, delete, and modify data preserved in the account as if it was at the same location as the customer. Files can be accessed and shared with selected users remotely via other computers, cellular phones, ipads, notebooks, and so forth. Data can be shared selectively also, with users having the ability to create groups with whom to share images and/or videos. Deleted data and files can be restored by the user and/or the third party storage provider. The customer typically owns and controls the data stored at the remote server while the electronic service provider owns the server on which the data is stored. Therefore, I am also seeking authorization to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a cloud service provider until the execution of a search warrant takes place. Preservation of "cloud data" accessible by devices targeted by this warrant is paramount. After a connection to a cloud computing service is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with a cloud computing service be closed as a result of the powering down and seizing of a computer authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and the data accessed in the future. Depending on the cloud service provider, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

_____
**Complainant**

Subscribed and sworn to before me on ___12-6-22___ ___12:25 pm___

_____
Judge                 Judge's No.

SENSITIVE
CCSAO_001-000126

Page 7

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

If evidence is copied from a cloud computing service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

*__Remote access to APPLICATION data.__* With the development of technology, application software has also expanded device user's capabilities. I know that application software refers to software that is a subclass of computer software that employs the capability of the device to a task that the user wishes to be performed. Mobile applications are the application software developed for handheld devices like personal digital assistants, tablets, or mobile phones. Mobile applications are either pre-installed on the device or available for download via the web. Mobile applications include software for mapping, shopping, social media and messaging. Messaging applications have gained in popularity due to their ability to provide free calling and texting services.

Data that is collected via the use of third-party apps, may receive information generated through the use of social media platforms. For example, when a user plays a game with Facebook friends or uses the Facebook Comment or Share button on a website, the game developer or website may get information about the user's activities in the game or receive a comment or link that the user shared from their website on Facebook. In addition, when a user downloads or uses such third-party services, they can access the Public Profile, which includes the username or user ID, age range and country/language, list of friends, as well as any information that is shared with them. Information collected by these apps, websites or integrated services is subject to their own terms and policies. Therefore, I am also seeking authorization to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a third party mobile application until the execution of a search

_____ Complainant

Subscribed and sworn to before me on _____12-9-22 @ 12:28 pr_____

_____
Judge                          Judge's No.

SENSITIVE
CCSAO_001-000127

Page 8

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219   (1)

STATE OF
ILLINOIS
COUNTY OF
COOK

} ss.

THE CIRCUIT COURT OF COOK COUNTY

### COMPLAINT FOR SEARCH WARRANT

warrant takes place. Preservation of mobile application data accessible by devices targeted by this warrant is paramount. After a connection to a mobile application is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with an application be closed as a result of the powering down and seizing of a device authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and prevent the data from being accessed in the future. Depending on the application, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

If evidence is copied from an application service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

Furthermore, in my experience, and from my conversations with computer forensic examiners, cell phone evidence can remain stored on these devices for extended periods of time. Even when digital evidence is deleted it may still be recovered from cell phones. This information can often be recovered by a computer forensic examiner and is likely to have been generated by and remain on any computer used in this scheme.

Complainant

Subscribed and sworn to before me on _____ 12-6-22  12:25 pm

Judge                             Judge's No.

SENSITIVE
CCSAO_001-000128

SENSITIVE

CCSAO_001-000129

**PROPERTY INVENTORY**

**CHICAGO POLICE DEPARTMENT**
PD-34.523 (REV. 10/09)

INV NO **15218081**

PKG NO. **6101322**

RD **JF461385**

001

INVENTORY NO. **15218081**

WARRANT NO.

RE-INVENTORY OF:

DATE RECOVERED
**14-DEC-2022**

| ITEM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 2121553 | 1 | OTHER : 22SW10194 SEARCH WARRANT PACKET |

*MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY*

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY      STATE      ZIP

COMMENTS:

$ DEPOSITED AMT       $ INVENTORY AMT

DATE RECEIVED

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

Court Date

Court Branch

OFFICER'S SIGNATURE -   STAR - UNIT
X

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

CURRENCY:

COURT ORDER -  DISPOSAL INSTRUCTIONS

IUCR:   **031A**   **ROBBERY ARMED - HANDGUN**

STATE CHARGES:

CHARGE TYPE:

INCHOATE:

RECOVERED/SEIZED FROM - NAME
☐ DECEASED   ☐ ARRESTED

AT **1718 S STATE ST**
**CHICAGO, IL 60616**

BEAT OF RECOVERY
**131**

OWNER'S NAME   **SIEGEL, ADAM   Star: 20832**

ADDRESS

TELEPHONE NO.

JUDGE      CT.BR.

FOUND BY - NAME
☐ CHECK IF C.P.D.

ADDRESS

TELEPHONE NO.

OFFICER'S SIGNATURE -   STAR   UNIT
X

SEE COPY 4 FOR NOTICE TO FINDER

E. & R.P.S USE ONLY

☒ HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER -
**SIEGEL, ADAM**

STAR NO.
**20832**

UNIT
**606**

1st OFFICER'S NAME
**SIEGEL, ADAM**

STAR NO.
**20832**

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER

SIGNATURE
**Electronic Approval**

UNIT
**606**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME

STAR NO.

INITIAL DESTINATION OF PROPERTY:
**ERPS**

SIGNATURE
**Electronic Approval**

UNIT

| | | | | |
|---|---|---|---|---|
| VIA ☒ POLICE MAIL<br>☐ E & RPS PICKUP | ☐ RECOVERING UNIT PERSONNEL<br>☐ EVID./LAB TECHNICIAN | APPROVING DESK SERGEANT<br>**AMELIO, PETER** | STAR NO.<br>**1925** | DATE<br>**05-JAN-2023** | TIME<br>**11:19** |

Printed by: PC0AQ02

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0W467   05-JAN-2023 11:19

IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

STATE OF ILLINOIS                                    THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

The People of the State of Illinois to all peace officers of the State or agents thereof.

## SEARCH WARRANT

On this day, Detective Adam Siegel #20832 of the Chicago Police Department, Complainant, has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search:

**A black IPhone in a "Backwoods" case belonging to Edmund Singleton IR# 1759854 and inventoried under 15198973.**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

### Armed Robbery 720 ILCS 5/18-2

I further authorize that the authority to search the item described in this warrant be extended to agents qualified and authorized to perform such searches on behalf of the Chicago Police Department. I further authorize the assistance of any forensic analyst, as needed, including civilian support.

SENSITIVE
CCSAO_001-000130

I further authorize that this information can be uncovered by decrypting or unlocking password protected data files within the above listed device. This search warrant shall also include the authority to enter any locked folders located in the above listed device.

I further authorize that those executing the search warrant to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize that those executing the search warrant to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize you to enlist the assistance of any necessary forensic examiner, computer expert or law enforcement designee, and command that a return of anything so seized shall be made without necessary delay before me or before any court of competent jurisdiction.

I further command that a return of anything so seized shall be made without necessary delay before me or before Judge _____, or before any court of competent jurisdiction.

_____
Judge

Time and date of issuance ___12-6-22___ ___12:28 pm___

Returned Not Executed

I did not execute this warrant within 96 hours from the time of issuance and is hereby returned to the court as void and not executed.

_____     _____
Officer                                              Date

SENSITIVE
CCSAO_001-000131

Page 1

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.      THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

Chicago Police Department Detective Adam Siegel #20832, Complainant, now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search the following:

**A black IPhone in a "Backwoods" case belonging to Edmund Singleton IR#1759854 and inventoried under 15198973.**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

**Armed Robbery 720 ILCS 5/18-2**

Complainant says that she has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located in the cell phone set forth above:

_____
Complainant

Subscribed and sworn to before me on _____ 12-6-22 @ 12:28 pm

_____
Judge                              Judge's No.

SENSITIVE
CCSAO_001-000132

Page 2

(Court Branch)                                     (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219     (1)

STATE OF
ILLINOIS          } ss.     THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

Detective Siegel #20832, a Police Officer, and affiant, with the Chicago Police Department for the past 9 years and assigned to the Bureau of Detectives for the past 4 years. During this time I have been assigned to and assisted on major cases, including aggravated vehicular hijackings, armed robberies, and aggravated battery with a firearm.

I have obtained the information contained in this affidavit from conversations with other law enforcement officers, witnesses involved in this investigation, from my personal knowledge, from my participation in this case, as well as from documents I have reviewed and my prior training and experience. The information contained in this affidavit is stated for the limited purpose of establishing probable cause and does not contain all facts and information regarding this investigation.

### *Investigation*

On November 3, 2022 I was assigned to investigate an aggravated vehicular hijacking and related attempted vehicular hijacking and armed robbery. The facts of the vehicular hijacking are that on November 3, 2022 at approximately 7:00PM, victim M███████ L██████ was putting gas in his vehicle at a Citgo Gas station located at 10001 S Michigan Ave in Chicago, Illinois. As he was fueling his vehicle, a black Infiniti Q50 bearing Illinois license plate BF57200, he was accosted by an offender brandishing a firearm. The offender demanded L██████ keys. L██████ informed him the keys were in the cupholder at which point L████ realized there was another offender already inside of his vehicle. Both offenders then fled the location in L████ vehicle. This incident is recorded under Chicago Police Report JF461210. Members of the Citywide Vehicular Hijacking Task Force were able to view the private video from the Citgo Station and observed that a gray Jeep Grand Cherokee with a dent in the passenger door pulled up alongside L████ and two offenders exited. One offender, armed with a black handgun entered L████ vehicle, as the second offender, wearing a black jacket, black facemask, black pants, and black and gray Nike Jordan 1's approached L████ while armed with a light colored handgun with black flashlight attachment. The second offender then knocks L████ over

Complainant

Subscribed and sworn to before me on ___12-6-22 @ 12:78 PM___

Judge _____  Judge's No. ___1967___

SENSITIVE
CCSAO_001-000133

Page 3

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219     (1)

STATE OF
ILLINOIS           } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

and appears to be patting him down. Offender 1 opens the passenger door to the Infiniti and Offender 2 removes the gas pump and gets into the passenger seat. Both the gray Jeep and Infiniti then flee the scene.

The armed robbery case occurred later in the evening at approximately 9:30PM at a BP Gas Station located at 3101 S Michigan Ave. In this incident the victim, I█ O████████ is finishing pumping gas into his black BMW when a gray Jeep Grand Cherokee with a dent in the passenger door pulls up along side of him and two offenders exit. The first offender is a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes. He is also wearing a blue disposable facemask and armed with a black handgun. The second offender is wearing a black jacket, black facemask, black pants, and black and gray Nike Jordan 1's and armed with a light colored handgun. The offenders knock Mr. O█████ to the ground and the heavier set offender enters the drivers seat of the BMW. The second offender then goes through Mr. O████████ pockets and takes his wallet and passport. The second offender then comes around and gets into the passenger seat of the BMW. Both offenders then exit the BMW and get back into the gray Jeep and flee the scene. This incident is recorded under Chicago Police Report JF461385. Members of the VHTF were able to make it to the BP Gas station and reviewed the video and observed that it was the same Jeep as from the previous carjacking, and appeared to be one of the same offenders from the previous carjacking.

At approximately 10:27PM, Cook County Sheriff's Police Unit 758 observed the gray Jeep with the dent in the passenger door going westbound on 87th St from King Dr. A Federal Helicopter designated TROY1 relocated to the area and began to follow the gray Jeep, calling out its location via OEMC Citywide 6. TROY1 followed the Jeep until it went under a viaduct just south of 94th St on Woodlawn Ave. TROY1 then observed three subjects running northbound from underneath the viaduct and called out their location. Two subjects now known as Edmund Singleton IR# 1758754 and Ramone Bradley IR# 2323400 were placed in custody in the back yard of 9343 S University Ave. A third offender was observed hopping a fence going northbound from the back yard of 9341 S University Ave before finally being placed in custody in the rear of 9331 S

Complainant

Subscribed and sworn to before me on ___12-6-22__ 12:28 pm__

Judge _____          Judge's No. __1967__

SENSITIVE
CCSAO_001-000134

Page 4

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

University Ave. All offenders were placed in custody and transported to the Area 2 Detective Division. The gray Jeep was recovered and a VIN check revealed it to be stolen out of Bedford Park, Illinois.

Responding officers canvassed the area near where the offenders were placed in custody and a black Glock handgun was recovered from the garage of 9343 S University Ave where Bradley and Singleton were placed in custody. In the backyard of 9341 S University a tan and snakeskin colored semi automatic handgun with black light attachment was recovered from inside a garbage can.

I then relocated to Area 2 and observed that Bradley was a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes as well as a blue disposable facemask. His clothing and physical form matched what I observed on the video from the BP Gas station at 3101 S Michigan Ave. I also observed that Davis was wearing a black jacket, black pants, and black and gray Nike Jordan 1's which matched what the offender from both incidents was wearing. I also observed that the tan and snakeskin semi auto handgun recovered from the garbage can at 9341 S University Ave matches the description of the light colored handgun seen on video in both incidents. I also learned that two California drivers licenses belonging to Mr. O███████ were recovered from a backpack Davis was wearing at the time of arrest as well as an Infiniti key fob which was identified by Mr. L███████ as belonging to his vehicle.

I also learned from PO Campos #2876 that on October 26, 2022 he had authored a CPD Incident report under JF450545 documenting that he observed Edmund Singleton IR# 1759854 enter and drive off in the same gray Jeep that had the dent on the passenger side door. At the time of the report PO Campos believed the Jeep to be stolen out of Bedford Park and had different plates affixed to the vehicle.

At the time of arrest Singleton was in possession of a black IPhone with a "Backwoods" case which was recovered and held for investigation under 15198973. I am aware from previous investigations that offenders who separate into different vehicles, in this case the

_____
                                              Complainant

Subscribed and sworn to before me on ___ 12-6-22 @ 12:28pm ___

_____
Judge                          Judge's No.

SENSITIVE
CCSAO_001-000135

Page 5

(Court Branch)                      (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219   (1)

STATE OF
ILLINOIS      }   ss.     THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

gray Jeep and Mr. L█████black Infiniti, they use cell phones to communicate with each other and advance their criminal activities.

Based on the above facts, Affiant has reason to believe that this cell phone holds evidence to in this incident and the cell phone may contain records of calls made and received, text messages sent and received, and memory of numbers dialed and other evidence that show a violation of 720 ILCS 5/18-2 and asks this Honorable Court to issue this search warrant.

Based on my knowledge, experience, and training, I know that searching and seizing information from cell phones often requires the cell phones to be searched later by a qualified computer expert in a laboratory or other controlled environment. This is true because of the following:

> Technical requirements: Searching digital evidence including cell phones for criminal evidence is a highly technical process requiring special skills and equipment and a properly controlled environment. The vast array of computer hardware and software available requires even computer forensic examiners to specialize in some systems and applications, so it is difficult to know before a search which forensic examiner is qualified to analyze the system and its data. Furthermore, however, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden," erased, compressed, password protected, or encrypted files. Since digital evidence can be vulnerable to modification or destruction, (both from external sources or from destructive code embedded in the system as a booby trap), a controlled environment helps ensure complete and accurate analysis.

### *Seizure and Preservation of Remote Data*

***Remote access to cloud data***. With the development of cloud storage, many files can easily be uploaded to a third party storage hosting cite. I know, in my training and experience,

_____ Complainant

Subscribed and sworn to before me on _____

_____
Judge                                Judge's No.

SENSITIVE
CCSAO_001-000136

Page 6

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

that so-called "cloud service providers" are quite common. Examples of these services include Dropbox, Google Drive, Apple's iCloud, and Microsoft's OneDrive. These services also encompass common "web mail" such as Gmail and Yahoo! mail. Such providers store data on remote servers that customers can access from their home or any other location with Internet access. Users can access applications or their cloud accounts, for example ICLOUD, remotely to add, delete, and modify data preserved in the account as if it was at the same location as the customer. Files can be accessed and shared with selected users remotely via other computers, cellular phones, ipads, notebooks, and so forth. Data can be shared selectively also, with users having the ability to create groups with whom to share images and/or videos. Deleted data and files can be restored by the user and/or the third party storage provider. The customer typically owns and controls the data stored at the remote server while the electronic service provider owns the server on which the data is stored. Therefore, I am also seeking authorization to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a cloud service provider until the execution of a search warrant takes place. Preservation of "cloud data" accessible by devices targeted by this warrant is paramount. After a connection to a cloud computing service is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with a cloud computing service be closed as a result of the powering down and seizing of a computer authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and the data accessed in the future. Depending on the cloud service provider, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

_____
                                                    Complainant

Subscribed and sworn to before me on _____

_____          _____
Judge                                             Judge's No.

SENSITIVE
CCSAO_001-000137

Page 7

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS         } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

If evidence is copied from a cloud computing service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

***Remote access to APPLICATION data.*** With the development of technology, application software has also expanded device user's capabilities. I know that application software refers to software that is a subclass of computer software that employs the capability of the device to a task that the user wishes to be performed. Mobile applications are the application software developed for handheld devices like personal digital assistants, tablets, or mobile phones. Mobile applications are either pre-installed on the device or available for download via the web. Mobile applications include software for mapping, shopping, social media and messaging. Messaging applications have gained in popularity due to their ability to provide free calling and texting services.

Data that is collected via the use of third-party apps, may receive information generated through the use of social media platforms. For example, when a user plays a game with Facebook friends or uses the Facebook Comment or Share button on a website, the game developer or website may get information about the user's activities in the game or receive a comment or link that the user shared from their website on Facebook. In addition, when a user downloads or uses such third-party services, they can access the Public Profile, which includes the username or user ID, age range and country/language, list of friends, as well as any information that is shared with them. Information collected by these apps, websites or integrated services is subject to their own terms and policies. Therefore, I am also seeking authorization to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a third party mobile application until the execution of a search

_____ Complainant

Subscribed and sworn to before me on _____12-6-22____ 12:28 pu___

_____   __19107__
Judge                              Judge's No.

SENSITIVE
CCSAO_001-000138

Page 8

| (Court Branch) | (Court Date) |
|---|---|

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS
COUNTY OF
COOK

} ss.

THE CIRCUIT COURT OF COOK COUNTY

### COMPLAINT FOR SEARCH WARRANT

warrant takes place. Preservation of mobile application data accessible by devices targeted by this warrant is paramount. After a connection to a mobile application is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with an application be closed as a result of the powering down and seizing of a device authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and prevent the data from being accessed in the future. Depending on the application, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

If evidence is copied from an application service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

Furthermore, in my experience, and from my conversations with computer forensic examiners, cell phone evidence can remain stored on these devices for extended periods of time. Even when digital evidence is deleted it may still be recovered from cell phones. This information can often be recovered by a computer forensic examiner and is likely to have been generated by and remain on any computer used in this scheme.

_____ 20830
Complainant

Subscribed and sworn to before me on _____

_____
Judge

_____
Judge's No.

SENSITIVE
CCSAO_001-000139

SENSITIVE
CCSAO_001-000162

PROPERTY INVENTORY NO.

**CHICAGO POLICE DEPARTMENT**
PD-34.523 (REV. 10/09)

INV NO **15218920**

PKG NO. **6102195**

INVENTORY NO. **001**

**15218920**

WARRANT NO.

DATE RECOVERED
**16-DEC-2022**

RD **JF461385**

RE-INVENTORY OF:

| EM ID | QUANTITY | DESCRIPTION OF PROPERTY |
|---|---|---|
| 2123813 | 1 | OTHER : SEARCH WARRANT PACKET 22SW11351 |

IMENTS:

*MY SIGNATURE HEREON ACKNOWLEDGES RECEIVING ALL PROPERTY DESCRIBED IN THIS INVENTORY*

RECIPIENTS SIGNATURE
X

ADDRESS - STREET

CITY     STATE     ZIP

$ DEPOSITED AMT     $ INVENTORY AMT

DATE RECEIVED

**EVIDENCE & RECOVERED PROPERTY SECTION USE ONLY**

OFFICER'S SIGNATURE - STAR - UNIT
X

Court Date

Court Branch

WATCH COMDR.'S APPROVAL SIGNATURE
(EXEMPT RANK REQUIRED FOR FIREARMS)
X

CURRENCY:

COURT ORDER - DISPOSAL INSTRUCTIONS

| IUCR: | **031A** | **ROBBERY ARMED - HANDGUN** | CHARGE TYPE: | |
|---|---|---|---|---|
| STATE CHARGES: | | | INCHOATE: | |

RECOVERED/SEIZED FROM - NAME  **SIEGEL, ADAM**   AT  **1718 S STATE ST CHICAGO, IL 60616**   BEAT OF RECOVERY **131**

OWNER'S NAME   ADDRESS   TELEPHONE NO.   JUDGE   CT.BR.

FOUND BY - NAME   ADDRESS   TELEPHONE NO.   OFFICER'S SIGNATURE - STAR - UNIT
☐ CHECK IF C.P.D.   X

SEE COPY 4 FOR NOTICE TO FINDER

[x] HOLD FOR INVESTIGATION AND/OR EVIDENCE
(IF NOT NEEDED FOR INVESTGATION/EVIDENCE, LEAVE BLANK)

INVESTIGATING OFFICER - **SIEGEL, ADAM**   STAR NO. **20832**   UNIT **606**

1st OFFICER'S NAME **SIEGEL, ADAM**   STAR NO. **20832**

E. & R.P.S USE ONLY

☐ PROPERTY AVAILABLE FOR RETURN TO OWNER

SIGNATURE **Electronic Approval**   UNIT **606**

☐ TO BE DISPOSED OF BY CUSTODIAN (NOT TO BE RETURNED)
(THIS APPLIES IF PROPERTY IS NOT EVIDENCE, NOT RETURNABLE AND/OR OWNER IS UNKNOWN)

2nd OFFICER'S NAME   STAR NO.

TIAL DESTINATION OF PROPERTY:
**ERPS**

SIGNATURE **Electronic Approval**   UNIT

A [x] POLICE MAIL   ☐ RECOVERING UNIT PERSONNEL
☐ E & RPS PICKUP   ☐ EVID./LAB TECHNICIAN

APPROVING DESK SERGEANT **AMELIO, PETER**   STAR NO. **1925**   DATE **05-JAN-2023**   TIME **11:18**

ted by: PC0AQ02

**COPY 1 - KEEP WITH PROPERTY**

Printed by: PC0W467   05-JAN-2023 11:18

IRIS MARTINEZ, CLERK OF THE CIRCUIT COURT OF COOK COUNTY,
ILLINOIS

STATE OF ILLINOIS            THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF COOK

The People of the State of Illinois to all peace officers of the State or agents thereof.

### SEARCH WARRANT

On this day, Detective Adam Siegel #20832 of the Chicago Police Department, Complainant, has subscribed and sworn to a complaint for search warrant before me. Upon examination of the complaint, I find that it states facts sufficient to show probable cause.

I therefore command that you search:

**A white IPhone in a "Backwoods" case belonging to Edmund Singleton IR# 1759854 and inventoried under 15198973.**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

### Armed Robbery 720 ILCS 5/18-2

I further authorize that the authority to search the item described in this warrant be extended to agents qualified and authorized to perform such searches on behalf of the Chicago Police Department. I further authorize the assistance of any forensic analyst, as

ASA Lindsay Moulton

Approved 12/15/22 @ 4:24PM Hours x

22SW11351

SENSITIVE
CCSAO_001-000163

needed, including civilian support.

I further authorize that this information can be uncovered by decrypting or unlocking password protected data files within the above listed device. This search warrant shall also include the authority to enter any locked folders located in the above listed device.

I further authorize that those executing the search warrant to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize that those executing the search warrant to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant.

I further authorize you to enlist the assistance of any necessary forensic examiner, computer expert or law enforcement designee, and command that a return of anything so seized shall be made without necessary delay before me or before any court of competent jurisdiction.

I further command that a return of anything so seized shall be made without necessary delay before me or before Judge _____, or before any court of competent jurisdiction.

_____ #2274
_____
Judge

Time and date of issuance   12/14/22 @ 10:24a _____

Returned Not Executed
    I did not execute this warrant within 96 hours from the time of issuance and is hereby returned to the court as void and not executed.

_____        _____
            Officer                    Date

ASA Lindsay Moulton

Approved 12/15/22 @ 4:24PM Hours x

22SW11351

SENSITIVE
CCSAO_001-000164

Page 1

(Court Branch)                                        (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219     (1)

STATE OF
ILLINOIS          } ss.          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

Chicago Police Department Detective Adam Siegel #20832, Complainant, now appears before the undersigned judge of the Circuit Court of Cook County and requests the issuance of a search warrant to search the following:

**A white IPhone in a "Backwoods" case belonging to Edmund Singleton IR#1759854 and inventoried under 15198973.**

and search for, seize, and analyze the following instruments articles and things:

1. **All records of incoming and outgoing phone calls;**
2. **All memory, speed dial and redial features;**
3. **All voice mails;**
4. **All contact and address book information;**
5. **All incoming and outgoing messages and identification information for the senders and recipients, including but not limited to text messages, SMS messages, social-networking messages or alerts;**
6. **All incoming and outgoing e-mails and e-mail addresses;**
7. **Proof of ownership of the cell phone including caller information.**
8. **All documents and files, including but not limited to: photos, video, audio, TXT, PDF, DOC, HTML files, APPS (applications);**
9. **All internet history or temporary files;**
10. **All deleted files or data.**
11. **All GPS location information**

which have been used in the commission of, which constitutes evidence of, or which constitute the fruits of the offenses of:

**Armed Robbery 720 ILCS 5/18-2**

Complainant says that she has probable cause to believe, based upon the following facts, that the above listed things to be seized are now located in the cell phone set forth above:

_____
Complainant

Subscribed and sworn to before me on ___12/14/22 @ 10:26a___

_____          #22Ue
Judge                    Judge's No.

*[Left margin: ASA Lindsay Moulton]*
*[Left margin: Approved 12/15/22 @ 4:24PM Hours x]*
*[Left margin: 22SW11351]*

SENSITIVE
CCSAO_001-000165

Page 2

(Court Branch)                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219   (1)

STATE OF
ILLINOIS
COUNTY OF
COOK

} ss.    THE CIRCUIT COURT OF COOK COUNTY

### COMPLAINT FOR SEARCH WARRANT

Detective Siegel #20832, a Police Officer, and affiant, with the Chicago Police Department for the past 9 years and assigned to the Bureau of Detectives for the past 4 years. During this time I have been assigned to and assisted on major cases, including aggravated vehicular hijackings, armed robberies, and aggravated battery with a firearm. I am a Peace Officer authorized to execute search warrants in accordance with 725 ILCS 5/108-5.

I have obtained the information contained in this affidavit from conversations with other law enforcement officers, witnesses involved in this investigation, from my personal knowledge, from my participation in this case, as well as from documents I have reviewed and my prior training and experience. The information contained in this affidavit is stated for the limited purpose of establishing probable cause and does not contain all facts and information regarding this investigation.

*Investigation*

On November 3, 2022 I was assigned to investigate an aggravated vehicular hijacking and related attempted vehicular hijacking and armed robbery. The facts of the vehicular hijacking are that on November 3, 2022 at approximately 7:00PM, victim M███ L███ was putting gas in his vehicle at a Citgo Gas station located at 10001 S Michigan Ave in Chicago, Illinois. As he was fueling his vehicle, a black Infiniti Q50 bearing Illinois license plate BF57200, he was accosted by an offender brandishing a firearm. The offender demanded L███s keys. L███ informed him the keys were in the cupholder at which point L███ realized there was another offender already inside of his vehicle. Both offenders then fled the location in L███ vehicle. This incident is recorded under Chicago Police Report JF461210. Members of the Citywide Vehicular Hijacking Task Force were able to view the private video from the Citgo Station and observed that a gray Jeep Grand Cherokee with a dent in the passenger door pulled up alongside L███ and two offenders exited. One offender, armed with a black handgun entered L███ vehicle, as the second offender, wearing a black jacket, black facemask, black pants, and

Complainant

Subscribed and sworn to before me on ___12/16/22 @ 10:2___

Judge                Judge's No.

ASA Lindsay Moulton   Approved 12/15/22 @ 4:24PM Hours x   22SW11351

SENSITIVE
CCSAO_001-000166

Page 3

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF ILLINOIS
COUNTY OF COOK
} ss.
THE CIRCUIT COURT OF COOK COUNTY

### COMPLAINT FOR SEARCH WARRANT

black and gray Nike Jordan 1's approached L████ while armed with a light colored handgun with black flashlight attachment. The second offender then knocks L████ over and appears to be patting him down. Offender 1 opens the passenger door to the Infiniti and Offender 2 removes the gas pump and gets into the passenger seat. Both the gray Jeep and Infiniti then flee the scene.

The armed robbery case occurred later in the evening at approximately 9:30PM at a BP Gas Station located at 3101 S Michigan Ave. In this incident the victim, I█ O██████ is finishing pumping gas into his black BMW when a gray Jeep Grand Cherokee with a dent in the passenger door pulls up along side of him and two offenders exit. The first offender is a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes. He is also wearing a blue disposable facemask and armed with a black handgun. The second offender is wearing a black jacket, black facemask, black pants, and black and gray Nike Jordan 1's and armed with a light colored handgun. The offenders knock Mr. O████ to the ground and the heavier set offender enters the drivers seat of the BMW. The second offender then goes through Mr. O████ pockets and takes his wallet and passport. The second offender then comes around and gets into the passenger seat of the BMW. Both offenders then exit the BMW and get back into the gray Jeep and flee the scene. This incident is recorded under Chicago Police Report JF461385. Members of the VHTF were able to make it to the BP Gas station and reviewed the video and observed that it was the same Jeep as from the previous carjacking, and appeared to be one of the same offenders from the previous carjacking.

At approximately 10:27PM, Cook County Sheriff's Police Unit 758 observed the gray Jeep with the dent in the passenger door going westbound on 87th St from King Dr. A Federal Helicopter designated TROY1 relocated to the area and began to follow the gray Jeep, calling out its location via OEMC Citywide 6. TROY1 followed the Jeep until it went under a viaduct just south of 94th St on Woodlawn Ave. TROY1 then observed three subjects running northbound from underneath the viaduct and called out their location. Two subjects now known as Edmund Singleton IR# 1758754 and Ramone Bradley IR# 2323400 were placed in custody in the back yard of 9343 S University Ave.

Complainant

Subscribed and sworn to before me on ___12/16/22 @ 10:24a___

#2274

Judge                                    Judge's No.

_ASA Lindsay Moulton_

_Approved 12/15/22 @ 4:24PM Hours x_

_22SW11351_

SENSITIVE
CCSAO_001-000167

Page 4

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219   (1)

STATE OF
ILLINOIS               } ss.        THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

A third offender was observed hopping a fence going northbound from the back yard of 9341 S University Ave before finally being placed in custody in the rear of 9331 S University Ave. All offenders were placed in custody and transported to the Area 2 Detective Division. The gray Jeep was recovered and a VIN check revealed it to be stolen out of Bedford Park, Illinois.

Responding officers canvassed the area near where the offenders were placed in custody and a black Glock handgun was recovered from the garage of 9343 S University Ave where Bradley and Singleton were placed in custody. In the backyard of 9341 S University a tan and snakeskin colored semi automatic handgun with black light attachment was recovered from inside a garbage can.

I then relocated to Area 2 and observed that Bradley was a heavyset male black wearing a black hooded sweatshirt with small white print on the breast and large white print on the back, ripped black jeans, and all white shoes as well as a blue disposable facemask. His clothing and physical form matched what I observed on the video from the BP Gas station at 3101 S Michigan Ave. I also observed that Davis was wearing a black jacket, black pants, and black and gray Nike Jordan 1's which matched what the offender from both incidents was wearing. I also observed that the tan and snakeskin semi auto handgun recovered from the garbage can at 9341 S University Ave matches the description of the light colored handgun seen on video in both incidents. I also learned that two California drivers licenses belonging to Mr. C████ were recovered from a backpack Davis was wearing at the time of arrest as well as an Infiniti key fob which was identified by Mr. L████ as belonging to his vehicle.

I also learned from PO Campos #2876 that on October 26, 2022 he had authored a CPD Incident report under JF450545 documenting that he observed Edmund Singleton IR# 1759854 enter and drive off in the same gray Jeep that had the dent on the passenger side door. At the time of the report PO Campos believed the Jeep to be stolen out of Bedford Park and had different plates affixed to the vehicle.

_____
Complainant

Subscribed and sworn to before me on ___12/16/22 @ 10:24a___

_____        #2226
Judge                                    Judge's No.

SENSITIVE
CCSAO_001-000168

Page 5

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219     (1)

STATE OF
ILLINOIS
COUNTY OF
COOK

} ss.

THE CIRCUIT COURT OF COOK COUNTY

COMPLAINT FOR SEARCH WARRANT

At the time of arrest Singleton was in possession of a ~~black~~ white IPhone AS with a "Backwoods" case which was recovered and held for investigation under 15198973. I am aware from previous investigations that offenders who separate into different vehicles, in this case the gray Jeep and Mr. L███████ black Infiniti, they use cell phones to communicate with each other and advance their criminal activities.

Based on the above facts, Affiant has reason to believe that this cell phone holds evidence to in this incident and the cell phone may contain records of calls made and received, text messages sent and received, and memory of numbers dialed and other evidence that show a violation of 720 ILCS 5/18-2 and asks this Honorable Court to issue this search warrant.

Based on my knowledge, experience, and training, I know that searching and seizing information from cell phones often requires the cell phones to be searched later by a qualified computer expert in a laboratory or other controlled environment. This is true because of the following:

Technical requirements: Searching digital evidence including cell phones for criminal evidence is a highly technical process requiring special skills and equipment and a properly controlled environment. The vast array of computer hardware and software available requires even computer forensic examiners to specialize in some systems and applications, so it is difficult to know before a search which forensic examiner is qualified to analyze the system and its data. Furthermore, however, data search protocols are exacting scientific procedures designed to protect the integrity of the evidence and to recover even "hidden," erased, compressed, password protected, or encrypted files. Since digital evidence can be vulnerable to modification or destruction, (both from external sources or from destructive code embedded in the system as a booby trap), a controlled environment helps ensure complete and accurate analysis.

_____ Complainant

Subscribed and sworn to before me on 12/16/22 @ 10:20a

_____
Judge            Judge's No. #2275

ASA Lindsay Moulton

Approved 12/15/22 @ 4:24PM Hours x

22SW11351

SENSITIVE
CCSAO_001-000169

Page 6

(Court Branch)                                              (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

### *Seizure and Preservation of Remote Data*

*Remote access to cloud data*. With the development of cloud storage, many files can easily be uploaded to a third party storage hosting cite. I know, in my training and experience, that so-called "cloud service providers" are quite common. Examples of these services include Dropbox, Google Drive, Apple's iCloud, and Microsoft's OneDrive. These services also encompass common "web mail" such as Gmail and Yahoo! mail. Such providers store data on remote servers that customers can access from their home or any other location with Internet access. Users can access applications or their cloud accounts, for example ICLOUD, remotely to add, delete, and modify data preserved in the account as if it was at the same location as the customer. Files can be accessed and shared with selected users remotely via other computers, cellular phones, ipads, notebooks, and so forth. Data can be shared selectively also, with users having the ability to create groups with whom to share images and/or videos. Deleted data and files can be restored by the user and/or the third party storage provider. The customer typically owns and controls the data stored at the remote server while the electronic service provider owns the server on which the data is stored. Therefore, I am also seeking authorization to seize, and preserve digital evidence stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a cloud service provider until the execution of a search warrant takes place. Preservation of "cloud data" accessible by devices targeted by this warrant is paramount. After a connection to a cloud computing service is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with a cloud computing service be closed as a result of the powering down and seizing of a computer authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and the data

_____ Complainant

Subscribed and sworn to before me on ___12/16/22 @ 10:26a___

_____        #2276
Judge                           Judge's No.

ASA Lindsay Moulton

Approved 12/15/22 @ 4:24PM Hours x

22SW11351

SENSITIVE
CCSAO_001-000170

Page 7

(Court Branch)                                                      (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF
ILLINOIS          } ss.          THE CIRCUIT COURT OF COOK COUNTY
COUNTY OF
COOK

### COMPLAINT FOR SEARCH WARRANT

accessed in the future. Depending on the cloud service provider, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

If evidence is copied from a cloud computing service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

***Remote access to APPLICATION data.*** With the development of technology, application software has also expanded device user's capabilities. I know that application software refers to software that is a subclass of computer software that employs the capability of the device to a task that the user wishes to be performed. Mobile applications are the application software developed for handheld devices like personal digital assistants, tablets, or mobile phones. Mobile applications are either pre-installed on the device or available for download via the web. Mobile applications include software for mapping, shopping, social media and messaging. Messaging applications have gained in popularity due to their ability to provide free calling and texting services.

Data that is collected via the use of third-party apps, may receive information generated through the use of social media platforms. For example, when a user plays a game with Facebook friends or uses the Facebook Comment or Share button on a website, the game developer or website may get information about the user's activities in the game or receive a comment or link that the user shared from their website on Facebook. In addition, when a user downloads or uses such third-party services, they can access the Public Profile, which includes the username or user ID, age range and country/language, list of friends, as well as any information that is shared with them. Information collected by these apps, websites or integrated services is subject to their own terms and policies. Therefore, I am also seeking authorization to seize, and preserve digital evidence accessed via the mobile applications. This authority extends to those applications wherein data may be stored on server(s) in another location, if a server can be remotely accessed from the device authorized to be searched by this warrant. This authorization would permit law

_____
Complainant

Subscribed and sworn to before me on ___12/16/22 @ 10:24a___

_____
Judge                                    Judge's No.

Page 8

(Court Branch)                                    (Court Date)

## CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

(3-81) CCMC-1-219    (1)

STATE OF            }  ss.        THE CIRCUIT COURT OF COOK COUNTY
ILLINOIS
COUNTY OF
COOK

COMPLAINT FOR SEARCH WARRANT

enforcement to preserve the integrity of such evidence and prevent it from being tampered with or destroyed.

In my training and experience, law enforcement commonly do not discover that a target of a search warrant is utilizing a third party mobile application until the execution of a search warrant takes place. Preservation of mobile application data accessible by devices targeted by this warrant is paramount. After a connection to a mobile application is discovered, it could take law enforcement hours or days to obtain a second search warrant targeted at the service provider operating that service. But it could take mere seconds for data to be deleted from that service remotely from anywhere in the world with an Internet connections. Furthermore, should a connection with an application be closed as a result of the powering down and seizing of a device authorized to be seized by this warrant, encryption mechanisms could prevent such a connection from being reopened and prevent the data from being accessed in the future. Depending on the application, should an open connection to the provider be closed, such encryption may not even be able to be bypassed should a warrant be served for data directly to the provider.

If evidence is copied from an application service as a result of this warrant, it will be noted in the warrant's return when filed with the court. Law enforcement will seek an additional warrant for the search of any such copied data.

Furthermore, in my experience, and from my conversations with computer forensic examiners, cell phone evidence can remain stored on these devices for extended periods of time. Even when digital evidence is deleted it may still be recovered from cell phones. This information can often be recovered by a computer forensic examiner and is likely to have been generated by and remain on any computer used in this scheme.

_20850_
**Complainant**

Subscribed and sworn to before me on ___12/16/22 @ 10:26___

Judge _____          Judge's No. #2274

ASA Lindsay Moulton

Approved 12/15/22 @ 4:24PM Hours x

22SW11351

SENSITIVE
CCSAO_001-000172