UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 24 CR 503 |
| v. | ) | |
| | ) | Judge Matthew F. Kennelly |
| EDMUND SINGLETON and RAMONE | ) | |
| BRADLEY | ) | |

**GOVERNMENT'S MOTION FOR LEAVE TO FILE A RESPONSE THAT
EXCEEDS THE DISTRICT'S PAGE LIMIT**

The UNITED STATES OF AMERICA, by its attorney, ANDREW S. BOUTROS, United States Attorney for the Northern District of Illinois, respectfully moves to file a brief in support of its motion *in limine* to admit lyrics, images, and videos that exceeds this district's standard page limit. In support of these requests, the government states the following:

1. This carjacking conspiracy case is set for trial to begin on July 21, 2025. The parties' motions *in limine* are due on July 7, 2025.

2. The government intends to file a motion *in limine* seeking to admit videos, images, and lyrics from defendants' phones and from social media, including YouTube. The government's brief in support of this motion contains multiple screenshots from the videos and images, as well as lengthy excerpts from songs, that it intends to admit at trial. As a result, the government's brief will require more than 15 pages.

1

WHEREFORE, the United States respectfully asks this Court to grant its requests for leave to file an oversized brief.

Dated: July 7, 2025       Respectfully submitted,

              ANDREW S. BOUTROS
              United States Attorney

        By:  */s/ Elie Zenner*
            ELIE ZENNER
            Assistant United States Attorney
            219 South Dearborn Street, 5th Floor
            Chicago, Illinois 60604
            (312) 697-4032