**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                   Case No.: 1:24–cr–00503

                                   Honorable Matthew F. Kennelly

Marquell Davis, et al.

                            Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 16, 2025:

      MINUTE entry before the Honorable Matthew F. Kennelly as to Ramone Bradley: In person pretrial conference held on 7/16/2025. As more fully explained on the record: (1) Government's motions in limine [103] are ruled upon as follows: motion 1 is denied; motions 5, 6, 8, 9, 10, are terminated without prejudice to be asserted as objections at trial; motions 2 (with the conviction sanitized as ordered), 3, 4, 7, and 12 are granted; motion 11 is deferred until the defense case. Government counsel is directed to send a proposed order to Judge Kennelly's proposed order email address regarding motion in limine 12. (2) The government's motion in limine to admit rap videos, lyrics, and images [100] is granted in part and denied in part as stated on the record. (3) The government's Santiago proffer [93] is sustained and the objections are overruled as stated on the record (with certain of the proposed coconspirator declarations excluded as stated on the record). (4) Defendant Singleton's motions in limine [113] are ruled upon as follows: motions 3a and 3b are denied (but the disclaimer is to be included in the video when played); motion 4a is deferred until the defense case; motion 4b is denied (but the prior conviction is to be sanitized as stated on the record); defendant Singleton's motion in limine 5a and 8 are granted; defendant Singleton's motion in limine 4a and 7 are deferred; motions 5a and 5b are denied; motion 5c is denied but as stated on the record the two sides' firearms experts may not directly compare recovered firearms with photographs in evidence; motion 6 is denied; motion 7 is denied without prejudice to making an objection at trial; and motion 7 is granted. (5) Defendant Bradley's oral motion for a severance is overruled. (6) The government's motion to admit business records [126] is granted. (6) Defendant Singleton's motion for temporary release from custody [120] is denied. The Court finds that there is no combination of conditions that would assure the safety of the community and the defendant's appearance. (7) The case is set for an in–person hearing on 7/18/2025 at 2:30 p.m. The hearing will be held in Courtroom 2103. Counsel for Mr. Davis is directed to appear for the 7/18/2025 hearing. Defendant Ramone Bradley and his counsel have waived their appearance and are excused from the 7/18/2025 hearing. The Court notes that this is a later time than the one set during the pretrial conference today. Mailed notice. (mma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.