# GOVERNMENT EXHIBIT 602
Bradley's Black iPhone 7
Serial No. DX3CXSMVHG6W
*Physical*



## Preliminary Device Report - Cellebrite Reports



## Device Information

| Name | Value |
|---|---|
| **File System** | |
| Device model | D10AP |
| IMEI | 354910097152625 |
| Model | iPhone 7 |
| OS | 15.3.1 (19D52) |
| PasscodeLength_0 | 6 |
| Passcode_0 | [User Code] 734099 |
| Vendor | Apple |
| Bluetooth device address | 08:F8:BC:B1:A0:13 |
| Bluetooth device address | None |
| Model number | D10AP |
| Unique ID | 5ba5f3ca215fb2fdce70c1168baf1da0792626c0 |
| Serial | DX3CXSMVHG6W |
| Last Cloud Backup Date | 2022-10-29T19:01:34.000+00:00 |
| Apple ID | hitmanchop89@icloud.com |
| iCloud account present | True |
| Device Name | iPhone |
| Detected model | iPhone 7 |
| Time Zone | US/Pacific |
| Apple ID | derenda1@icloud.com |
| OS Version | 15.3.1 |
| Last user ICCID | 8901260030925961347 |
| ICCID | 8901260055933505638 |
| MSISDN | 13126323173 |
| IMSI | 310260054696396 |
| IMSI | 310260053350563 |
| IMSI | 310260032596134 |
| Detected Phone Model | iPhone 7 |
| **Phone Settings** | |
| Message Retention Duration | Forever |
| Location Services Enabled | False |
| Find my iPhone enabled | True |
| **Tethering** | |
| Last Hotspot Activity | 11/4/2022 11:46:12 PM(UTC+0) |
| **Physical SIM** | |
| MSISDN | +17738121356 |
| MSISDN | +13126329875 |
| ICCID | 8901260055933505638 |
| Last user ICCID | 8901260030925961347 |
| ICCID | 89014104270818353129 |
| Last used MSISDN | +13126323173 |
| **Sync Data** | |
| VoiceMemo Size (bytes) | 0 |
| VoiceMemo Entries | 0 |
| UserData Size (bytes) | 4986994688 |
| UserData Entries | -24236 |
| Storage available (Bytes) | -1315315712 |
| Book Size (bytes) | 552960 |
| Book Entries | 1 |
| Application Size (bytes) | 1773674496 |
| Application Entries | 8 |
| Logs Size (bytes) | 8327168 |
| Logs Entries | 337 |
| Ringtone Size (bytes) | 0 |
| Ringtone Entries | 0 |
| Proofing Size (bytes) | 0 |
| Proofing Entries | 0 |
| Storage capacity (Bytes) | 25334501376 |
| **Network Interfaces** | |
| Wi-Fi MAC address | 08:F8:BC:AA:32:B7 |
| MAC address | 0A:F8:BC:A0:8F:85 |
| MAC address | 0A:F8:BC:A0:8F:7A |
| Bluetooth device address | 08:F8:BC:B1:A0:13 |
| MAC address | 00:E0:99:06:E3:91 |
| MAC address | 12:72:98:4D:FC:6D |
| **Logical (1)** | |
| Model | SIM |
| Vendor | SIM Card |
| ICCID | 8901260030925961347 |

GOVERNMENT EXHIBIT

602A

1

| IMSI | 310260032596134 |
| --- | --- |
| ACC | 0x0010 = Class 4 |
| **Logical (2)** | |
| Model | SIM |
| Vendor | SIM Card |
| ICCID | 8901260030925961347 |
| IMSI | 310260032596134 |
| ACC | 0x0010 = Class 4 |
| **Extract User Lock** | |
| Device model | D10AP |
| IMEI | 354910097152625 |
| Model | iPhone 7 |
| OS | 15.3.1 (19D52) |
| PasscodeLength_0 | 6 |
| Passcode_0 | [User Code] 734099 |
| Vendor | Apple |

## User Accounts (28)

| # | Source | Account Name | User name | Service Type | Creation time | Entries |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | Accounts | | hitmanchop89@icloud.com | iTunes Store | | |
| 2 | Accounts | | local | iTunes Store (Sandbox) | 12/2/2020 1:23:10 PM(UTC-6) | |
| 3 | Accounts | | local | iTunes Store | 6/26/2020 4:26:48 AM(UTC-5) | |
| 4 | Accounts | | derenda1@icloud.com | iTunes Store | | |
| 5 | Accounts | | hitmantimothy89@icloud.com | iTunes Store | | |
| 6 | Accounts | | hitmanchop89@icloud.com | IDMS | 9/13/2022 7:59:32 PM(UTC-5) | |
| 7 | Accounts | | hitmanchop89@icloud.com | Apple ID | 9/13/2022 7:59:33 PM(UTC-5) | |
| 8 | Accounts | | hitmanchop89@icloud.com | Messages | 9/13/2022 7:59:36 PM(UTC-5) | |
| 9 | Accounts | | hitmanchop89@icloud.com | CloudKit | 9/13/2022 7:59:36 PM(UTC-5) | |
| 10 | Accounts | | hitmanchop89@icloud.com | iCloud | 9/13/2022 7:59:36 PM(UTC-5) | |
| 11 | Accounts | | hitmanchop89@icloud.com | IMAPMail | 9/13/2022 8:00:43 PM(UTC-5) | |
| 12 | Accounts | | hitmanchop89@icloud.com | Device Locator | 9/13/2022 8:00:44 PM(UTC-5) | |
| 13 | Accounts | | hitmanchop89@icloud.com | Find My Friends | 9/13/2022 8:00:44 PM(UTC-5) | |
| 14 | Facebook Messenger | | | | | **User ID:** Facebook Id 100015760452556 |
| 15 | Instagram | Devon | dev_rev8 | | | **User ID:** Instagram Id 48664802801<br><br>**Profile Picture:** Photo Url https://scontent-ord5-2.cdninstagram.com/v/t51.2885-19/295772264_186931673775934_8004437218950749688_n.jpg?stp=dst-jpg_s150x150&_nc_ht=scontent-ord5-2.cdninstagram.com&_nc_cat=110&_nc_ohc=Xw1v510bGfEAX-w5-4q&edm=AI8ESKwBAAAA&ccb=7-5&oh=00_AfB76Sdjv9OOZo5TEXH2axDt1dA7pA_qwdxvpBXwEXe_ww&oe=636336B0&_nc_sid=195af5 |
| 16 | Cash app | DoubleZero Seven | | | | **Phone:** mobile +1 (312) 632-3173<br><br>**User ID:** cash tag $Justdoit8987 |

2

| # | App | Name | Username | | Date/Time | Details |
|---|---|---|---|---|---|---|
| 17 | Facebook Messenger | | | | | **Profile Picture:** profile_picture_url https://scontent.xx.fbcdn.net/v/t1.6435-1/106493460_985389451979267_6142610029840806392_n.jpg?stp=cp0_dst-jpg_e15_p120x120_q65&_nc_cat=101&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=J3JMUsxKccAAX-qkitz&_nc_ad=z-m&_nc_cid=1087&_nc_ht=scontent.xx&oh=00_AT-y8eXYTXZZkR4tu0h-VI3HhGU2YrEVZaLqO7_idZOpmw&oe=6376C4B6 profile_picture_large_url https://scontent.xx.fbcdn.net/v/t1.6435-1/106493460_985389451979267_6142610029840806392_n.jpg?stp=cp0_dst-jpg_e15_p200x200_q65&_nc_cat=101&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=J3JMUsxKccAAX-qkitz&_nc_ad=z-m&_nc_cid=1087&_nc_ht=scontent.xx&oh=00_AT-KWSkYpivVrqT82HSu9KiUjRdsazOxC1ank6uPm-I9WQ&oe=6376C4B6 **User ID:** Facebook Id 100015246642574 |
| 18 | Facebook Messenger | Mulaa Da Ghee | mulaadaghee | | | **Profile Picture:** profile_picture_url https://scontent.xx.fbcdn.net/v/t39.30808-1/311629587_798390421496859_6560338543827695235_n.jpg?stp=c0.4.120.120a_cp0_dst-jpg_e15_p120x120_q65&_nc_cat=101&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=PDD8iPqZx58AX9JbxTV&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AT9y_XuU4b4hevrwqHpConLgW_WUDmBG3-SlINZmxgoptw&oe=634F5772 profile_picture_large_url https://scontent.xx.fbcdn.net/v/t39.30808-1/311629587_798390421496859_6560338543827695235_n.jpg?stp=c0.7.200.200a_cp0_dst-jpg_e15_p200x200_q65&_nc_cat=101&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=PDD8iPqZx58AX9JbxTV&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AT9q6NqE8Tihk6rf8V7_d2ScsEpgwnVoTUHGX_kRC8X3Rw&oe=634F5772 **User ID:** Facebook Id 100039777244097 |
| 19 | TextNow | ramone bradley | ramonebradley9 | | 8/12/2022 12:38:35 PM(UTC-5) | **Phone:** Phone number 7084371506 **Email:** Email ramonebradley9@gmail.com **User ID:** SIP Username 17084371506_f9pYTaxfqDyw2i7nXs74iDoxtvXLneEXX4O61cFpWOmA SIP Password d7c549573efb103bef6366ad9ad0c063 |
| 20 | Apple Wallet | Ramone Bradley | | | | |
| 21 | ScreenTime | Ramone Bradley | | | | |
| 22 | Find My | Ramone Bradley | hitmanchop89@icloud.com | | | |
| 23 | Health | Ramone Bradley | | | | |

3

| # | Platform | Name | Username | | | Details |
|---|---|---|---|---|---|---|
| 24 | Uber | Ramone Bradley | | | | UUID ecad0a58-7b2f-4d03-9d13-b0421987fddb<br><br>**Email:**<br>Email ramonebradley9@gmail.com<br><br>**Phone:**<br>Phone 3128729380 |
| 25 | Instagram | Ski vs  Cottage Baby One Of The Chatham Hated | trustnone9_ | | | **User ID:**<br>Instagram Id 33853584264<br><br>**Profile Picture:**<br>Photo Url https://scontent-ord5-1.cdninstagram.com/v/t51.2885-19/310877760_167105509311583_8894123153201903845_n.jpg?stp=dst-jpg_s150x150&_nc_ht=scontent-ord5-1.cdninstagram.com&_nc_cat=107&_nc_ohc=AYmS_g019p0AX8krDEI&edm=ALIQn9MBAAAA&ccb=7-5&oh=00_AfD1uqnw_9ohnElbbkmL8laoUE7D8WzvVuFxe4ADw4efFA&oe=63694982&_nc_sid=48a2a6 |
| 26 | Facebook | Timothy Ebk | | | | **User ID:**<br>Facebook Id 100055464165977<br>User ID bradleybill18@yahoo.com |
| 27 | Facebook Messenger | Timothy Ebk | timothyebk | | | **Profile Picture:**<br>profile_picture_url https://scontent.xx.fbcdn.net/v/t39.30808-1/312943165_645504753974991_6939180280665168536_n.jpg?stp=dst-jpg_p120x120&_nc_cat=103&ccb=1-7&_nc_sid=7206a8&_nc_ohc=RvdAKD2YGloAX_8Cu_o&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AT9ijhFRvDv7xsJQJjL-Z1hEUWPVstHUBi1ciRxq9Na66g&oe=635ADBFF<br>profile_picture_large_url https://scontent.xx.fbcdn.net/v/t39.30808-1/312943165_645504753974991_6939180280665168536_n.jpg?stp=dst-jpg_p200x200&_nc_cat=103&ccb=1-7&_nc_sid=7206a8&_nc_ohc=RvdAKD2YGloAX_8Cu_o&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AT-m2LQ2kdLj3cqtnUfaPsjB80yvrMcw0oS2S8HPF28z7A&oe=635ADBFF<br><br>**User ID:**<br>Facebook Id 100055464165977 |

4

| 28 | Facebook Messenger | Timothy Mooney | timothy.mooney | | | **Profile Picture:**<br>profile_picture_url<br>https://scontent.xx.fbcdn.net/v/t39.30808-1/292860118_1311009889434347_4365607247655668851_n.jpg?stp=cp1_dst-jpg_e15_p120x120_q65&_nc_cat=111&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=EJ932SN93N8AX8kcgbb&_nc_ad=z-m&_nc_cid=1087&_nc_ht=scontent.xx&oh=00_AT-gBK3hyMEW1LOfwWOm0w3mCw9Ur9oLo8l-EcsPyouflA&oe=6350FCA2<br><br>profile_picture_large_url<br>https://scontent.xx.fbcdn.net/v/t39.30808-1/292860118_1311009889434347_4365607247655668851_n.jpg?stp=cp1_dst-jpg_e15_p200x200_q65&_nc_cat=111&ccb=1-7&_nc_sid=dbb9e7&_nc_ohc=EJ932SN93N8AX8kcgbb&_nc_ad=z-m&_nc_cid=1087&_nc_ht=scontent.xx&oh=00_AT8SdpitAOoD1-QzAlLei1KeGuj77KlbwGH1CzkulQmyIA&oe=6350FCA2<br><br>**User ID:**<br>Facebook Id 100015760452556 |

5

| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | 5003.JPG | Size (bytes): | 18621 |  |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6621.HEIC/5003.JPG | Created: | 11/2/2022 9:43:01 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:43:01 PM(UTC-5) | |
| | | Accessed: | 11/2/2022 9:43:01 PM(UTC-5) | |
| MD5: | 2324b8bf01217dd69cec79e3991cdfc2 | Changed: | 11/2/2022 9:43:01 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6621.HEIC/5003.JPG : 0x0 (Size: 18621 bytes) | |
| | | Meta Data: | | |
| | | Pixel resolution: | 256x342 | |
| | | Resolution: | 72x72 (Unit: Inch) | |

GOVERNMENT
EXHIBIT
602C

| | | | | |
|---|---|---|---|---|
| Name: | 5003.JPG | Size (bytes): | 23238 |  |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6644.HEIC/5003.JPG | Created: | 11/2/2022 9:44:08 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:44:08 PM(UTC-5) | |
| | | Accessed: | 11/2/2022 9:44:08 PM(UTC-5) | |
| MD5: | b37dd0e0a1efdef353317804c50c2d30 | Changed: | 11/2/2022 9:44:08 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6644.HEIC/5003.JPG : 0x0 (Size: 23238 bytes) | |
| | | Meta Data: | | |
| | | Pixel resolution: | 256x342 | |
| | | Resolution: | 72x72 (Unit: Inch) | |

**GOVERNMENT EXHIBIT**

**602E**

| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | 5003.JPG | Size (bytes): | 25094 | |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6647.HEIC/5003.JPG | Created: | 11/2/2022 9:44:58 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:44:58 PM(UTC-5) | |
| | | Accessed: | 11/2/2022 9:44:58 PM(UTC-5) | |
| MD5: | 08f1b6981fc505f7d205f96a244dabfa | Changed: | 11/2/2022 9:44:58 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6647.HEIC/5003.JPG : 0x0 (Size: 25094 bytes) | |
| | | Meta Data: | | |
| | | Pixel resolution: | 256x342 | |
| | | Resolution: | 72x72 (Unit: Inch) | |

GOVERNMENT EXHIBIT 602F



| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | 5003.JPG | Size (bytes): | 17532 | |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6654.HEIC/5003.JPG | Created: | 11/2/2022 9:45:18 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:45:18 PM(UTC-5) | |
| | | Accessed: | 11/2/2022 9:45:18 PM(UTC-5) | |
| MD5: | 95bf6c72d3459b92ffef3f3fbbcdcf05 | Changed: | 11/2/2022 9:45:18 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/PhotoData/Thumbnails/V2/DCIM/106APPLE/IMG_6654.HEIC/5003.JPG : 0x0 (Size: 17532 bytes) | |
| | | Meta Data: | | |
| | | Pixel resolution: | 256x342 | |
| | | Resolution: | 72x72 (Unit: Inch) | |

GOVERNMENT
EXHIBIT
602G



GOVERNMENT EXHIBIT 602K
Video From Bradley Black iPhone 7
Video IMG_6643

| Name: | IMG_6643.MOV | Size (bytes): | 2527252 |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6643.MOV | Created: | 11/2/2022 9:44:01 PM(UTC-5) |
| | | Modified: | 11/2/2022 9:44:01 PM(UTC-5) |
| MD5: | b47cdcb1b68b5d58f5e1624552e07040 | Accessed: | 11/2/2022 9:44:01 PM(UTC-5) |
| | | Changed: | 11/2/2022 9:44:01 PM(UTC-5) |
| | | Source Extraction | File System |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6643.MOV : 0x0 (Size: 2527252 bytes) |

Meta Data:

| com.apple.quicktime.content.identifier: | C80A5362-B80F-4214-AE14-8C3E5B1E63B0 |
| Camera Make: | Apple |
| Device: | iPhone 7 |
| Software Used to Create: | 15.3.1 |
| Creation Date: | 2022-11-03T02:43:57.000+00:00 |

GOVERNMENT EXHIBIT

602K-1

# GOVERNMENT EXHIBIT 602L
## Video From Bradley Black iPhone 7
## Video IMG_6629

| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | IMG_6629.MOV | Size (bytes): | 2468577 | |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6629.MOV | Created: | 11/2/2022 9:43:22 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:43:22 PM(UTC-5) | |
| MD5: | 3259b2d4b793b0c692e82077f65e2a3b | Accessed: | 11/2/2022 9:43:22 PM(UTC-5) | |
| | | Changed: | 11/2/2022 9:43:22 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6629.MOV : 0x0 (Size: 2468577 bytes) | |
| | | Meta Data: | | |
| | | com.apple.quicktime.content.identifier: | 97165E8E-561A-4DDF-81DB-73E5C304B744 | |
| | | Camera Make: | Apple | |
| | | Device: | iPhone 7 | |
| | | Software Used to Create: | 15.3.1 | |
| | | Creation Date: | 2022-11-03T02:43:18.000+00:00 | |

GOVERNMENT
EXHIBIT
602L-1

# GOVERNMENT EXHIBIT 602N
Video From Bradley Black iPhone 7
Video IMG_6647

| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | IMG_6647.MOV | Size (bytes): | 2569545 | |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6647.MOV | Created: | 11/2/2022 9:45:00 PM(UTC-5) | |
| | | Modified: | 11/2/2022 9:45:00 PM(UTC-5) | |
| MD5: | 28f0c9d2905fa23401fded0cf8b901de | Accessed: | 11/2/2022 9:45:00 PM(UTC-5) | |
| | | Changed: | 11/2/2022 9:45:00 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6647.MOV : 0x0 (Size: 2569545 bytes) | |
| | | Meta Data: | | |
| | | com.apple.quicktime.content.identifier: | 26573605-6BCB-4FC2-9E74-C78C6316ADEB | |
| | | Camera Make: | Apple | |
| | | Device: | iPhone 7 | |
| | | Software Used to Create: | 15.3.1 | |
| | | Creation Date: | 2022-11-03T02:44:56.000+00:00 | |

GOVERNMENT
EXHIBIT
602N-1

# GOVERNMENT EXHIBIT 602S
Video From Bradley Black iPhone 7
Video IMG_6672

| File Info | | Additional file info | | Thumbnail |
|---|---|---|---|---|
| Name: | IMG_6672.MOV | Size (bytes): | 46571690 | |
| Path: | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6672.MOV | Created: | 11/3/2022 2:15:42 PM(UTC-5) | |
| | | Modified: | 11/3/2022 2:15:43 PM(UTC-5) | |
| | | Accessed: | 11/3/2022 2:15:42 PM(UTC-5) | |
| MD5: | cb990a863970d7d3e4082ea922dba900 | Changed: | 11/3/2022 2:15:44 PM(UTC-5) | |
| | | Source Extraction | File System | |
| | | Source file | EXTRACTION_FFS.zip/root/private/var/mobile/Media/DCIM/106APPLE/IMG_6672.MOV : 0x0 (Size: 46571690 bytes) | |

GOVERNMENT EXHIBIT

602S-1